UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA –WESTERN DIVISION

| | |
|---|---|
| GERARDO BRAMBILA, an Individual; DORA MARIE BRAMBILA, an Individual; and LYDIA BRAMBILA, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN RELIABLE INSURANCE COMPANY, an Arizona corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-009548<br>[Assigned to District Judge John A. Kronstadt; Magistrate Judge Ralph Zarefsky]<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT TO ADD WOZENCRAFT INSURANCE AGENCY AS A DEFENDANT; AND REMAND TO STATE COURT**<br><br>JS-6<br><br>[Filed Concurrently with Stipulation]<br><br>Complaint Filed: November 12, 2014<br>Removed to USDC: December 12, 2014<br>Trial Date: January 19, 2016 |

Pursuant to Central District Local Rules 7-1, 8-1 and 52-4.1, Plaintiffs Gerardo Brambila, Dora Marie Brambila and Lydia Brambila (hereinafter collectively "Plaintiffs") and Defendant American Reliable Insurance Company (hereinafter "ARIC"), by and through their respective counsel, have stipulated to amend the complaint to add Wozencraft Insurance Agency as a defendant and, upon the amendment of the complaint, to then remand the action back to the Los Angeles Superior Court upon the lack of diversity jurisdiction.

1  The Stipulation of the parties is based on the following recitations:

2  1. Plaintiffs filed this action in the Los Angeles Superior Court on
3  November 12, 2014.

4  2. ARIC was served with Plaintiffs' Complaint on November 14,
5  2014.

6  2. ARIC removed this case from the Los Angeles Superior Court
7  to the United States District Court for the Central District of California on
8  December 12, 2014.

9  3. The parties agree that Wozencraft Insurance Agency
10  (hereinafter Wozencraft") should be a party to the action and they have
11  agreed to allow for the amendment of the complaint to name Wozencraft as
12  a defendant.

13  4. The proposed amended complaint, adding claims against
14  Wozencraft only, shall be filed by no later than Tuesday, March 3, 2015.

15  5. Upon amendment of the complaint, diversity jurisdiction will be
16  destroyed and the parties have agreed that the action should be remanded
17  to the Los Angeles Superior Court, Case No. BC563590.

**IT IS SO ORDERED**

DATED: March 5, 2015    By: _____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE